Driggs *v.* Wolfe.                    Scharer *v.* Schmidt.

---

ANNA A. DRIGGS, appellant,

*v.*

ABRAHAM WOLFE, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Wolfe* v. *Driggs, 17 Stew. Eq. 363.*

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—10.

*For reversal*—None.

---

MARIE BARBARA SCHARER, appellant,

*v.*

CHARLES H. SCHMIDT et al., respondents.

On appeal from a decree of the ordinary in the prerogative court, whose opinion is reported in *Straub's Case, 4 Dick. Ch. Rep. 264.*

PER CURIAM.

Decree affirmed, for the reasons given by the ordinary.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, REED, BOGERT, BROWN, CLEMENT, SMITH—10.

*For reversal*—None.